## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) JEREMY OWENS ENTERPRISES, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No._____ |
| v. | ) ) | (District Court of Oklahoma County, Case No. CJ-2025-6987) |
| (1) CANOPIUS US INSURANCE, INC., | ) ) ) | |
| Defendant. | ) | |

### DEFENDANT CANOPIUS U.S. INSURANCE, INC.'S
### NOTICE OF REMOVAL

Defendant Canopius U.S. Insurance, Inc. ("Canopius US") files this Notice of Removal under 28 U.S.C. §§ 1332, 1441, 1446; and LCvR 81.2, and shows the Court as follows:

## I.    INTRODUCTION

1.    Plaintiff Jeremy Owens Enterprises, LLC filed this action on September 25, 2025, in the District Court for Oklahoma County, State of Oklahoma, styled *Jeremy Owens Enterprises, LLC v. Canopius US Insurance, Inc.*, Case No. CJ-2025-6987 (the "State Court Action").

2.    In compliance with 28 U.S.C. § 1446(a) and LCvR 81.2, attached hereto as Exhibits 1-4 are copies of the docket and all process, pleadings, and orders served on or otherwise provided to Canopius US in the State Court Action to date.

4927-0272-0373, v. 3

3.      This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) as this Notice of Removal is filed less than thirty (30) days after Canopius US received a copy of the Petition on October 6, 2025.

4.      There are no other named defendants in this case.

5.      Contemporaneously with the filing of this Notice of Removal in this Court, written notice of such filing is being served upon Plaintiff. In addition, a copy of the Notice of Removal will be filed with the Clerk of the District Court of Oklahoma County, in which the State Court Action is pending. 28 U.S.C. § 1446(d).

## II.    DIVERSITY OF CITIZENSHIP

6.      Removal of the State Court Action to this Court is proper under 28 U.S.C. §§ 1332 and 1441 because (A) there is complete diversity of citizenship between the parties, and (B) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

### A.    There is complete diversity of citizenship between the parties.

7.      Plaintiff Jeremy Owens Enterprises, LLC is a limited liability company with its principal place of business in Oklahoma County, Oklahoma. *See* Exh. 2, Petition, ¶¶ 1, 3.

8.      The citizenship of a limited liability company is determined by the citizenship of its members. *See Siloam Springs Hotel, L.L.C. v. Century Sur. Co.*, 781 F.3d 1233, 1238 (10th Cir. 2015).

9.      Upon information and belief, Jeremy Owens is the manager and member of Jeremy Owens Enterprises, LLC. Jeremy Owens is an individual who is a resident of, is

domiciled in, and is a citizen of the state of Oklahoma. As a result, Plaintiff Jeremy Owens Enterprises, LLC is deemed a citizen of the state of Oklahoma for purposes of diversity jurisdiction.

10.     Canopius US is a Delaware corporation with its principal place of business located in Illinois. The citizenship of a corporation is deemed to be the state of its incorporation and the state of its principal place of business. *See* 28 U.S.C. § 1332(c)(1). As a result, Canopius is deemed a citizen of Delaware and Illinois for purposes of diversity jurisdiction.

11.     Jeremy Owens Enterprises, LLC and Canopius US are not citizens of the same state.

12.     As a result, complete diversity exists between Jeremy Owens Enterprises, LLC and Canopius US.

**B.      The amount in controversy exceeds $75,000.**

13.     Diversity jurisdiction also requires that the amount in controversy be greater than $75,000.00, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a).

14.     Jeremy Owens Enterprises, LLC alleges damages in excess of Seventy-Five Thousand Dollars ($75,000.00) in its Petition. *See* Exh. 2, Petition, §§ 22, 35, & "WHEREFORE" paragraph at p. 6.

15.     Therefore, this action satisfies the amount in controversy requirement.

16.     Because the parties are diverse and the amount in controversy exceeds $75,000, this Court has original jurisdiction because of diversity of citizenship and sufficiency of amount in controversy.

## III. VENUE

17.    Venue for removal is proper in this district under 28 U.S.C. § 1441(a) because this district embraces the District Court for Oklahoma County, State of Oklahoma, the forum in which the removed action is pending. *See* 28 U.S.C. § 116(c).

Respectfully submitted,

*/s/ Leasa M. Stewart*
Leasa M. Stewart, OBA No. 18515
**GABLEGOTWALS**
BOK Park Plaza
499 W. Sheridan Ave., Suite 2200
Oklahoma City, Oklahoma 73102-7101
PH: 405-235-5500; Fax: 405-235-2875
Email:        lstewart@gablelaw.com

***Attorneys for Defendant***
***Canopius U.S. Insurance, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Patrick C. McGinnis
Jacquelyn L. Dill

***Attorneys for Plaintiff***

*/s/ Leasa M. Stewart*
Leasa M. Stewart

4927-0272-0373, v. 3